# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ELDON P. ANDERSON,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF<br>CLARK,<br>Respondent,<br>and<br>MONIQUE A. MCNEILL; AND LAW<br>OFFICE OF MONIQUE A. MCNEILL,<br>Real Parties in Interest. | No. 79802<br><br>**FILED**<br><br>MAR 0 2 2020<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DISMISSING PETITION*

On January 9, 2020, this court directed petitioner to submit either the requisite filing fee, or an affidavit demonstrating his inability to pay, which substantially complies with Form 4 of the Nevada Rules of Appellate Procedure. To date, petitioner has not submitted an affidavit or paid the filing fee. Accordingly, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

By: _____

cc:   Eldon P. Anderson
      Monique A. McNeill
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-08315